

THE MOORISH NATIONAL REPUBLIC
MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

In The
United States Eastern District Court
For Missouri Republic

Rex Bey ♯ _____ Authorized Representative, Natural Person, In Propria Persona:
Ex Relatione: ROLANDO D. PERNELL II
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
[c/o 7318 # B Burwood Drive ]
[Saint Louis Missouri Republic][Zip Exempt]]
Northwest Amexem


Plaintiff / Plaintiff's

V.

CITY OF BEL-RIDGE
8920 Natural Bridge Road
St. Louis, MO 63121

CITY OF BERVERLY HILLS
7150 Natural Bridge Road
Beverly Hills, MO  63121

CITY OF BERKELY
8425 Airport Rd
Berkeley, MO 63134

CITY OF ST. ANN
10405 Saint Charles Rock Rd
St. Ann, MO 63074

CITY OF FERGUSON
110 Church Street
Ferguson, MO  63135

MIKE WHIE, BDG 560
FERGUSON POLICE DEPARTMENT
222 S Florissant Rd.
Ferguson, Missouri 63135

CITY OF ST. CHARLES
1781 Zumbehl Road
St. Charles, MO 63303

ST. CHARLES COUNTY
399 Turner Blvd
St. Peters, MO 63376

CITY OF COOL VALLEY
100 Signal Hill Drive
Cool Valley, MO 63121

CITY OF MARYLAND HEIGHTS
Government Center
11911 Dorsett Road

CITY OF NEW MADRID
601 Waters St
New Madrid, MO 63869

ST. LOUIS COUNTY
Village Square Shopping Center
21 Village Square
Hazelwood, MO 63042

**(Defendants entitled above are hereafter considered the defendant/defendants)**

**Defendants**

# Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic as follows:

ZODIAC CONSTITUTION- ARTICLES I, II, III, IV
TREATY OF PEACE AND FRIENDSHIP (1787) (1836) - ARTICLE XX, XXI
UNITED STATES REPUBLIC CONSTITUTION- ARTICLE I – ARTICLE VII/ AMENDMENTS I – X
ORIGINAL 13TH AMENDMENT –SECTIONS 1 - 20
UNITED NATIONS RIGHTS OF INDIGENOUS PEOPLES – ARTICLE 8 SECTION 2(A), 2(B), ARTICLE 22
ARTICLE 26, ARTICLE 28
UNITED NATIONS DECLARATION OF HUMAN RIGHTS, ARTICLE I, II, III, XV, XVII, XXV
TITLE 18 § 3,1001,1341,241,242,876,1581
TITLE 42 § 1983, 1985
CONSTITUTION OF STATE OF MISSOURI (1820)

## Venue
Original Jurisdiction United States Supreme Court Missouri Republic

## Plaintiff

Rex Bey II, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (**http://www.yale.edu/lawweb/avalon/diplomacy/barbary/barl866t.htm or at Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

## Defendants

CITY OF BEL-RIDGE, CITY OF BERVERLY HILLS, CITY OF BERKELY, CITY OF ST. ANN, CITY OF FERGUSON, MIKE WHIE BDG 560 of FERGUSON POLICE DEPARTMENT, CITY OF ST. CHARLES, ST. CHARLES COUNTY, CITY OF COOL VALLEY, CITY OF MARYLAND HEIGHTS, CITY OF NEW MADRID, ST. LOUIS COUNTY

# Facts

**In support of this petition I state for the record:**

1. Upon consultation with my Consular Officer, and other officials of my government, I was advised to sue for damages due to the violation of my Constitutional rights.

## Legal Claims

The twelve Signs of the Zodiac, The Code of Mathematics scaling from zero to nine (0-9), and the Science of Geometry (G), comprise the Constitution of the Living Moorish Nation of North America, referred to As; "Negroes", who ruled the world and the Seven Seas by the 12 signs of the Zodiac and the Science of Geometry (G), for eleven hundred and ninety-six years, to the Amazon Dutch-German Catholic Priesthood Fathers of the Revolution of 1789 and the sisterhood Magna Charta, Emancipation Proclamation, Union Society of Albion (European; erroneously called White) Supremacy, in 1863 North America. The Twelve Jurymen of the 50 Union States Society, and also the nine judges of the Supreme Court, were founded upon the Moorish Nation's 12 Signs of the Zodiac Constitution and Mathematics scaling from zero to nine (0-9). Thus without our Moorish Constitution, the Magna Charta, Emancipation Proclamation, Union Society of the Myth of Albion (European; erroneously called White) Supremacy, Definitely could have been found in 1863.

**The Zodiac Constitution Article I**
Since the 12 Jurymen of the 50 Union States Magna Charts document of Albion (European; erroneously called White) Supremacy and the nine judges of their Supreme Court were founded upon our Moorish Zodiac 12 signs, Mathematical Constitution, the lawmakers have no jurisdiction over the Free Moors, the Beys and Els, in the inherited land of the Moorish Nation, namely: United States for America, Canada, central and South America. The Moorish American Nationality and their sir names, Bey and Els, are their inherited birthrights without a legal due process of the lawmakers of the Union Society, United States of America what our Moorish forefathers were, we are today without a doubt or contradiction, namely, Moorish!

**The Zodiac Constitution Article II**
The Moors, referred to as Negroes, definitely can never become members and citizens of the Union Society of the 48 States. Therefore they cannot be forced or drafted into the Union, U.S.A Army or Military service to fight for the Magna Charta Code of the White supremacy against themselves. The lawmakers of the 48 States Union order cannot force the Moors, the Beys and Els, to pay taxes because taxation without representation is a supreme violation of the Moorish Zodiac Constitution birthrights of Islam. When the Union lawmakers denounce their immoral Magna Charta Code, and resort to the Moorish Zodiac Constitution, the Moors are compelled to pay taxes because every one of the Nation will be equally represented by it.

**The Zodiac Constitution Article III**
Every lawmaker, the heads of industry and business enterprise of the 50 states Union Order, are obligated members and citizens of the Magna Charts Christian Church and Temple system of Christ the King of the Jews, meaning; jury over the wealth and culture of the living Moorish nation of North America. Therefore, by the Moorish Zodiac Constitution, the Moors, the Beys and Els, **can demand** adequate employment, food, clothing, shelter, medical care, equal rights, respect and protection from mob violence, rape and injustices, otherwise without being obligated to the union church and religious system of the order Christ, the "White" son idol God.

**The Zodiac Constitution Article IV**
Defendants have committed or conspired to tortuous, unconstitutional and ultra vires acts which have caused various injuries to the petitioner, such as violations of Constitutionally Secured Rights wherein petitioner's 1st, 4th, 5th, 6th, 8th, 9th and 10th amendment rights secured by the Constitution for the United States Republic have been violated by the hands of the defendant(s),and **a Treaty violation pursuant to Article 6 of the Constitution**:

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation. This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

**ARTICLE 21 of Treaty of Peace and Friendship 1836 AD**
*"If any citizen of the Untied States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever."*

"Where a private occupational statute exists, as here, of which the intent is regulation of private commercial occupations ,the particular agency enforcing that private statute, shall not apply it by trickery or deceit, and threat and misrepresentations, to persons who are not noticed by the statute as persons regulated and taxed ,nor should it permit any party to do so, in violation of a persons right to stay out of a compelled contract, when he is not a person subject to the statute, unless clearly with its words"
*State v Eberhard 179P853:246 P2d 1011*

**(a) Petitioner is an internationally protected person pursuant to 18U.S.C. s112 who is neither a resident nor citizen of the State of MISSOURI,**
**(b) Petitioner is a National to this land pursuant to 8 U.S.C. 1401(b),**
**(c) Petitioner is a part of a foreign government [non U.S.] pursuant to 18 U.S.C. 11**

"The state and its municipalities are prohibited from violating substantive rights"*[Owen v City, 445US, 662(1982)*

All Law is contract therefore in order for any claim to be made the contract must be produced. A LAWFUL CONTRACT has:

(1) Offer; (2) Consideration; (3) Acceptance by all Parties for the Contract and (4) The Signatures by ALL Parties involved with the Contract. Full Disclosure about the Contract is IMPERATIVE. I have no contracts with the Defendants. To imply that the Writ in the Nature of Discovery does not have to be honored is a violation of my Constitutionally Secured Rights to Due Process of Law. Defendant(s) have committed or conspired to a violation of Petitioner's Unalienable, Substantial, and Constitutional rights under the above named USC's and Torts and are not exempted from prosecution individually and severally. Further; The State may not legislate away the Constitutional rights of individuals, nor compel sovereign citizens to give up their rights nor perform under any contract or agreement that is not entered into KNOWINGLY, VOLUNTARILY, WILLINGLY, AND INTENTIONALLY, anything to the contrary constitutes fraud: a perversion of the truth to induce a person to part with something valuable [rights, property, etc] belonging to them using false or misleading representations.

## Defendants

CITY OF BEL-RIDGE, CITY OF BERVERLY HILLS, CITY OF BERKELY, CITY OF ST. ANN, CITY OF FERGUSON, MIKE WHIE BDG 560 of FERGUSON POLICE DEPARTMENT, CITY OF ST. CHARLES, ST. CHARLES COUNTY, CITY OF COOL VALLEY, CITY OF MARYLAND HEIGHTS, CITY OF NEW MADRID, ST. LOUIS COUNTY

**Infliction of Excessive and therefore Cruel and Unusual Punishment**
Under the 8th Amendment, cruel and unusual punishment may not be applied against Plaintiff. Defendants have imposed just such cruel and unusual punishment upon Plaintiff by the mental stress placed upon Plaintiff as a result of Plaintiff's denial of use of Plaintiff's resources by Defendants. Defendant acts as heretofore complained of, have caused harm and damage to Plaintiff. Said acts have caused mental and physical suffering, insomnia, worry, financial insecurity, stress and strain in relationships, in his work, with his family, relatives and friends, Defendants activities have impaired Plaintiffs standing. They have subjected his to public ridicule and embarrassment.

ELEMENTS OF FRAUD WHICH MAKE IT ACTIONABLE ARE:

1. A false representation of a past or present fact by the defendant
2. A plaintiff action based upon reliance of that representation
3. Damages suffered by a plaintiff for the reliance of that misrepresentation.


**No State shall enter into any Treaty, Alliance, or Confederation;** grant Letters of Marque and Reprisal; coin money; emit Bills of Credit; **make any Thing but gold and silver Coin a Tender in Payment of Debts**; pass any Bill of Attainder, ex post facto law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility. No state shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing it's inspection laws: and the net produce of all duties and imposts, laid by any state on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the Congress.

No state shall, without the consent of Congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, **enter into any agreement or compact with another state, or with a foreign power**, or engage in war, unless actually invaded, or in such imminent danger as will not admit of delay.

**The United States Republic Constitution Article 1,Section X**
Defendants named above are relying on their own discretion and erroneous interpretation of the Supreme Law of the Land, Which is the Constitution and not any statute in conflict there with issued or coursed to be issued in order for plaintiff to conspire with Defendants to subvert the constitution by excepting Titles of Nobility and to make something other then gold and silver coin a tender for payment of debt.

**It is a Felony for anyone to request or accept Federal Reserve Notes in payment of a debt. This is the deceit of the Federal Reserve Bank and their Agents (All Corporations).**
*The 5th Amendment requires that all persons within the United States must be given due process of the law and equal protection of the law.*

No person shall be held to answer for a capital, or otherwise infamous crime unless on presentment or indictment of a grand jury.........;*nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use, without just compensation.*

**United States Republic Constitution Amendment V**
The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when legislature cannot be convened ) against **domestic violence.**

**United States Republic Constitution, Article IV, Section IV**
Any attempts to destroy rights, and especially through compelled participation in European foreign jurisdiction (Union States), is an invasion in every sense of the word. The traffic in slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; ***and the descendants of Africans shall not be citizens.***

**The United States Republic Constitution, Original 13th Article of the Bill of Rights Section 12**
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched or the things to be seized.

**United States Republic Constitution, Amendment IV**
That the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People

**United States Republic Constitution, Amendment IX**
The powers not delegated to the United States by the Constitutions, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

**United States Republic Constitution, Amendment X**
IN SUITS AT COMMON LAW, WHERE THE VALUE IN CONTROVERSY SHALL EXCEED TWENTY DOLLARS, THE RIGHT OF TRIAL BY JURY SHALL BE PRESERVED, AND NO FACT TRIED BY A JURY, SHALL BE OTHERWISE REEXAMINED IN ANY COURT OF THE UNITED STATES, THAN ACCORDING TO THE RULES OF THE COMMON LAW.

**United States Republic Constitution, Amendment VII**
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

**United States Republic Constitution, Amendment I**
States shall provide effective mechanisms for prevention of and redress for:

a) Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;

b) **Any action which has the aim or effect of dispossessing them of their lands, territories or resources**

c) Any form of forced population transfer which has the aim of violating or undermining any of their rights;

d) Any form of forced assimilation of integration;

e) Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.

**United Nations Rights of Indigenous Peoples, Article 8- 2(a)**
Particular attention shall be paid to the rights and special needs of indigenous elders, women, youth, children and persons with disabilities in the implementation of this Declaration. **States shall take measures, in conjunction with indigenous peoples, to ensure that indigenous women and children enjoy the full protection and guarantees against all forms of violence and discrimination.**

**United Nations Rights of Indigenous Peoples, Article 22** Indigenous peoples have the right to the lands, **territories and resources which they have traditionally owned, occupied or otherwise used or acquired. Indigenous peoples have the right to own, use, develop and control the lands, territories and resources that they possess by reason of traditional ownership** or other traditional occupation or use, as well as those which they have otherwise acquired. States shall give legal recognition and protection to these lands, territories and resources. Such recognition shall be conducted with due respect to the customs, traditions and land tenure systems of the indigenous peoples concerned.

**United Nations Rights of Indigenous Peoples, Article 26 Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for the lands, territories and resources** which they have traditionally owned or otherwise occupied or used, and which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent. Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources equal in quality, size and legal status or of monetary compensation or other appropriate redress.

**United Nations Rights of Indigenous Peoples, Article 28**

**United Nations Declaration of Human Rights, Article I, II, III, XV, XVII, XXV**
☐ All human beings are born free and equal in dignity and rights. They are endowed with reason and conscience and should act towards one another in a spirit of brotherhood.
☐ Everyone is entitled to all the rights and freedoms set forth in this Declaration, without distinction of any kind, such as race, colour, sex, language, religion, political or other opinion, national or social origin, property, birth or other status. Furthermore, no distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.
☐ Everyone has the right to life, liberty and security of person.
☐ Everyone has the right to a nationality.
☐ No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.
☐ Everyone has the right to own property alone as well as in association with others.
☐ **No one shall be arbitrarily deprived of his property.**
☐ **Everyone has the right to a standard of living adequate for the health and well-being of himself and of his family, including food, clothing, housing and medical care and necessary social services, and the right to security in the event of unemployment, sickness, disability, widowhood, old age or other lack of livelihood in circumstances beyond his control.**
☐ Motherhood and childhood are entitled to special care and assistance. All children, whether born in or out of wedlock, shall enjoy the same social protection

**Rico Case Law:**
The defendants constitute an illegal enterprise in acts or threat of acts in
violation of Civil Rico Federal Racketeering Act USC 18, 1961-1963 et seq.

The following are particular violations:

**TITLE 18 USC 3:** Accessory after the fact, knowing that an offense has been
committed against the United States, relieves, receives, comforts or assists
the offender in order to hinder or prevent his apprehension, trial or punishment.

## TITLE 18 § 241. Conspiracy against rights
If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or
If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

### TITLE 18 § 242. Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

### TITLE 18 § 876. Mailing threatening communications

(a) Whoever knowingly deposits in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service or knowingly causes to be delivered by the Postal Service according to the direction thereon, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person, and containing any demand or request for ransom or reward for the release of any kidnapped person, shall be fined under this title or imprisoned not more than twenty years, or both.

(b) Whoever, with intent to extort from any person any money or other thing of value, so deposits, or causes to be delivered, as aforesaid, any communication containing any threat to kidnap any person or any threat to injure the person of the addressee or of another, shall be fined under this title or imprisoned not more than twenty years, or both.

(c) Whoever knowingly so deposits or causes to be delivered as aforesaid, any communication with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to kidnap any person or any threat to injure the person of the addressee or of another, shall be fined under this title or imprisoned not more than five years, or both. If such a communication is addressed to a United States judge, a Federal law enforcement officer, or an official who is covered by section 1114, the individual shall be fined under this title, imprisoned not more than 10 years, or both.

(d) Whoever, *with intent to extort from any person any money or other thing of value*, **knowingly so deposits or causes to be delivered, as aforesaid, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to injure the property or reputation of the addressee or of another, or the reputation of a deceased person, or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both. If such a communication is addressed to a United States judge, a Federal law enforcement officer, or an official who is covered by section 1114, the individual shall be fined under this title, imprisoned not more than 10 years, or both.** I received numerous threats of termination of service unless payment was rendered. These companies use threats, duress and coercion of loss of resources to keep Plaintiff in a condition of peonage (slavery).

### TITLE 18 USC 1341: Mail fraud

### TITLE 18 USC 1001: Fraud Continued statute of limitation in ongoing activity (conspiracy)

**TITLE 18 § 1581. Peonage; obstructing enforcement**
(a) **Whoever holds or returns any person to a condition of peonage**, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

(b) Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a).

**Title 42 USC 1983, Civil action for deprivation of rights** provides in relevant part that: "every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State....subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution. ..shall be liable to the party injured...."

A **Title 42 USC1985 Conspiracy to interfere with civil rights** action which seeks compensatory and punitive damages in conjunction with equitable relief as in this case is considered a legal claim, entitling Plaintiff to a jury trial. See An-Ti v. Michigan Technological Univ., 493 F. Supp. 1137. Section 1985(3) under Title 42 reaches both conspiracies under color of law and conspiracies effectuated through purely private conduct.

In this case Plaintiff has alleged a class-based, invidiously discriminatory animus is in part behind the conspirators' actions. The U.S. Supreme Court acknowledged in Bray v. Alexandria Women's Health Clinic 113 S. Ct. 753 (1993) that the standard announced in Griffen was not restricted to "race" discrimination. It is therefore reasonable to assume that 1985(3) may be used for "class-based" claims other than race. It is also important to note in Bray the U.S. Supreme Court's interpretation of the requirement under 1985(3) that a private conspiracy be one "for the purpose of depriving... any person or "class" of persons of the equal protection of the laws, or of equal privileges and immunities under the laws, which the Court said mandates "an intent to deprive persons of a right guaranteed against private impairment.

**ELEMENTS OF FRAUD WHICH MAKE IT ACTIONABLE ARE:**
1. A false representation of a past or present fact by the defendant
2. A plaintiff action based upon reliance of that representation
3. Damages suffered by a plaintiff for the reliance of that misrepresentation.

# RELIEF

**The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1) I, _Rex Bey II_, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2) I, _Rex Bey II_, demand this United States Federal Court stop these abuses of the colorable authority by the Defendant as it pertains to this Petitioner.

3) I, _Rex Bey II_, demand if any criminal charges be found, let them be placed upon the **DEFENDANTS**.

4) I, _Rex Bey II_, demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, ETHIOPIAN or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5) I, _Rex Bey II_, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Petitioner (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Defendant to be brought before the Law to answer for their criminal and unjust actions.

6) All UNCONSTITUTIONAL 'Orders' or 'Actions' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizant of the recompense of colorable actions on their part, by not adhering to the Law.

8) Any Defendant, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

9) Defendant _City of Bel-Ridge_ is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

10) Defendant _City of Beverly Hills_ is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his official and private capacity payable in lawful money.

11) Defendant _City of Berkely_ is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in her official and private capacity payable in lawful money.

12) Defendant _City of St. Ann_ is being sued for $75,000 for compensatory damages and $75,000 for punitive damages payable in lawful money.

13) Defendant City of Ferguson is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

14) Defendant Mike White, BDG 560 is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

15) Defendant City of St. Charles is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

16) Defendant St. Charles County is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

17) Defendant City of Cool Valley is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

18) Defendant City of Maryland Heights is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

19) Defendant City of New Madrid is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

20) Defendant St. Louis County is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity payable in lawful money.

In addition plaintiff prays such other and further relief as to the jury demanded in this case if it shall appear just. Defendants herein are sued in their individual and official capacities as agents of the State of Missouri; **this is a Suit under the torts claims act.**

If necessary; Plaintiff demands for all issues to be decided by the Jury Demanded; If defendants move to dismiss this suit, Plaintiff demands that it be heard by the jury demanded, and only be dismissed if the Jury considers it lacks merit. We are allotting 30 days for payment of this debt or rebuttal of the facts placed herein. If payment or rebuttal is not received within 30 days of this affidavit you will be in default and the necessary steps will be taken to ensure payment of these debts.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

**TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED**

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 1 day of May, 2010 = 1430 M.C.

I Am: Rex Bey II
Rex Bey II , Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
[C/o 7318*B Burwood Drive]
[Saint Louis, Missouri, Republic [Zip Exempt]]
Northwest Amexem